UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
College Textbooks, Inc.                     §        Case No. 13-09528
                                            §
                Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
     .  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]              $

    The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          $^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/DEBORAH M. GUTFELD_____
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-09528 | CAD | Judge: | Carol A. Doyle | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | College Textbooks, Inc. | | | | Date Filed (f) or Converted (c): | 03/11/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/30/2013 |
| For Period Ending: | 03/28/2014 | | | | Claims Bar Date: | 08/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Schaumburg Bank And Trust Checking | 60,000.00 | 60,000.00 | | 60,270.99 | FA |
| 2.  Textbooks | 240,000.00 | 240,000.00 | | 11,500.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $300,000.00        $300,000.00        $71,770.99        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2014

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-09528

Case Name: College Textbooks, Inc.

Trustee Name: DEBORAH M. GUTFELD

Bank Name: Associated Bank

Account Number/CD#: XXXXXX6342

Checking

Taxpayer ID No: XX-XXX7727

For Period Ending: 03/28/2014

Blanket Bond (per case limit): $100,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/13 | 1 | College Textbooks Inc 639 E Algonquin Rd Schaumburg, IL 60173 | | 1129-000 | $60,270.99 | | $60,270.99 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.12 | $60,247.87 |
| 07/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.66 | $60,161.21 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.45 | $60,071.76 |
| 08/14/13 | 2 | US Bank Remitter: Nebraska Book Company | | 1129-000 | $11,500.00 | | $71,571.76 |
| 08/20/13 | 101 | Public Storage 701 Western Avenue Glendale, CA 91201 | Payment per court order | 2410-000 | | $5,000.00 | $66,571.76 |
| 09/09/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.68 | $66,473.08 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.85 | $66,376.23 |
| 11/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.68 | $66,277.55 |
| 12/06/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.36 | $66,182.19 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.39 | $66,083.80 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $71,770.99 | $5,687.19 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $71,770.99 | $5,687.19 |
| Page Subtotals: | $71,770.99 | $5,687.19 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Case 13-09528   Doc 22   Filed 03/28/14   Entered 03/28/14 14:34:16   Desc Main

Less: Payments to Debtors                              $0.00              $0.00

Document      Page 5 of 11

Net                                                    $71,770.99         $5,687.19

Exhibit B

Case 13-09528    Doc 22    Filed 03/28/14    Entered 03/28/14 14:34:16    Desc Main
Document        Page 6 of 11

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6342 - Checking | $71,770.99 | $5,687.19 | $66,083.80 |
| | $71,770.99 | $5,687.19 | $66,083.80 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $71,770.99 |
| Total Gross Receipts: | $71,770.99 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-09528                                                                                           Date: March 28, 2014
Debtor Name: College Textbooks, Inc.
Claims Bar Date: 8/2/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Administrative Payment Status: Valid To Pay | | $0.00 | $6,838.55 | $6,838.55 |
| 100 3210 | Arnstein & Lehr LLP 120 S. Riverside Plaza, Suite 1200 Chicago, IL 60606-3910 | Administrative Payment Status: Valid To Pay | | $0.00 | $19,377.65 | $19,377.65 |
| 100 3410 | Popower Katten Ltd. 35 E. Wacker Dr., Suite 1550 Chicago, IL 60601-2124 | Administrative Payment Status: Valid To Pay | | $0.00 | $3,613.00 | $3,613.00 |
| 7 280 5800 | Public Storage 701 Western Avenue Glendale Ca 91201 | Priority Payment Status: Dismissed | Date Filed: 08/15/2013 | $0.00 | $11,998.15 | $11,998.15 |
| 1 300 7100 | Random House 400 Hahn Road Westminster, Md 21157 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/10/2013 | $0.00 | $428.42 | $428.42 |
| 2 300 7100 | John Wiley & Sons Inc 1 Wiley Drive Somerset, Nj 08873 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/10/2013 | $0.00 | $30,279.08 | $30,279.08 |
| 3 300 7100 | Dawnsign Press 6130 Nancy Ridge Dr. San Diego, Ca 92121 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/14/2013 | $0.00 | $369.33 | $369.33 |
| 4 300 7100 | Nfpa 11 Tracy Dr. Avon, Ma 02322 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/21/2013 | $0.00 | $3,915.41 | $3,915.41 |
| 5 300 7100 | Holtzbrinck Publishers Llc 16365 James Madison Highway Gordonsville, Va 22942 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/21/2013 | $0.00 | $31,373.80 | $31,373.80 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-09528                                                                                    Date: March 28, 2014
Debtor Name: College Textbooks, Inc.
Claims Bar Date: 8/2/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 | W W Norton & Company Inc | Unsecured | Date Filed: 08/02/2013 | $0.00 | $9,697.11 | $9,697.11 |
| 300 | W W Norton Industrial Park | Payment Status: | | | | |
| 7100 | Scranton Pa 18512-4601 | Valid To Pay | | | | |
| | Case Totals | | | $0.00 | $117,890.50 | $117,890.50 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-09528
Case Name: College Textbooks, Inc.
Trustee Name: DEBORAH M. GUTFELD

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ | $ | $ |
| Attorney for Trustee Fees: Arnstein & Lehr LLP | $ | $ | $ |
| Accountant for Trustee Fees: Popower Katten Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be           percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Random House | $ | $ | $ |
| 2 | John Wiley & Sons Inc | $ | $ | $ |
| 3 | Dawnsign Press | $ | $ | $ |
| 4 | Nfpa | $ | $ | $ |
| 5 | Holtzbrinck Publishers Llc | $ | $ | $ |
| 6 | W W Norton & Company Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE