IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| COLLEGE TEXTBOOKS, INC. ) | Case No. 13-09528 |
| ) | |
| Debtor. ) | Hon. Carol A. Doyle |
| ) | |
| ) | Date: April 24, 2014 |
| ) | Time: 10:00 a.m. |

## NOTICE OF MOTION

To:    See Attached Service List

PLEASE TAKE NOTICE that on **April 24, 2014 at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Hon. Carol A. Doyle, Bankruptcy Judge, or such other judge as may be sitting in her stead, in Courtroom 742, in the Dirksen Federal Courthouse, 219 S. Dearborn St, Chicago, Illinois and shall then and there present the attached **FIRST AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES AS TRUSTEE COUNSEL**, at which time and place you may appear as you see fit.

    ARNSTEIN & LEHR LLP, counsel for Deborah M. Gutfeld, not individually, but solely in her capacity as Chapter 7 Trustee for the Estate of College Textbooks, Inc.

    By:   /s/ George P. Apostolides

    Barry A. Chatz (# 06196639)
    George P. Apostolides (# 06228768)
    Kevin H. Morse (# 06297244)
    ARNSTEIN & LEHR LLP
    120 S. Riverside Plaza, Suite 1200
    Chicago, Illinois 60606
    Tel: 312.876.7100
    Fax: 312.876.0288

11247175.1

## CERTIFICATE OF SERVICE

I, George P. Apostolides, an attorney, certify that I caused a copy of the foregoing **NOTICE OF MOTION** and **FIRST AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES AS TRUSTEE COUNSEL** to be served on the parties listed on the service list below by the Court's ECF System, on March 31, 2014.

By:   /s/ George P. Apostolides

11247175.1

## SERVICE LIST

*VIA ECF*

**John F Hiltz**
Hiltz & Wantuch LLC
53 West Jackson Blvd.
Suite 205
Chicago, IL 60604
jhiltz@hiltzlaw.com
kwantuch@hiltzlaw.com

*Trustee*
**Deborah Michelle Gutfeld**
Perkins Coie LLP
131 South Dearborn
Suite 1700
Chicago, IL 60603
gutfeldch7@perkinscoie.com, dgutfeld@ecf.epiqsystems.com;cdennis@nge.com

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

11247175.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| COLLEGE TEXTBOOKS, INC. | ) | Case No. 13-09528 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Date:  April 24, 2014 |
| | ) | Time: 10:00 a.m. |

**FIRST AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES AS TRUSTEE COUNSEL**

Arnstein & Lehr LLP ("A&L"), counsel for Deborah M. Gutfeld, not individually but solely in her capacity as Chapter 7 trustee for the estate (the "Estate") of College Textbooks, Inc. (the "Trustee"), pursuant to sections 330 and 331 of title 11, United States Code (the "Bankruptcy Code"), Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Procedures"), Local Rule 5082-1 of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), applies to this Court for an entry of an order allowing A&L compensation in the amount of $19,359.00 for legal services rendered on behalf of the Trustee and the Estate and reimbursement for expenses in the amount of $18.65; and authorizing the Trustee to pay A&L the approved amount. In support thereof, A&L respectfully states as follows:

**Background**

1. On March 11, 2013 (the "Petition Date"), College Textbooks, Inc. (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. That same day, the Trustee was appointed Chapter 7 Trustee of the Estate.

1

2. Prior to the Petition Date, the Debtor sold and rented college textbooks to students at Harper College in suburban Chicago from a storefront at 639 East Algonquin Road, Schaumburg, Illinois.

3. On June 5, 2013, this Court entered an order authorizing the Trustee to retain and employ A&L as her counsel [Docket No. 11]. Prior to the Petition Date, A&L did not receive a retainer from the Estate.

4. Subsequent to its employment, A&L performed a variety of tasks associated with the administration of the Estate, including but not limited to (1) reviewing the records of the Debtor to determine what causes of action existed, if any; (2) obtained a purchaser for the remaining textbook assets of the Debtor and coordinated the sale; (3) negotiating a resolution of the administrative expense claim by the Debtor's landlord, Public Storage, Inc.; (4) reviewing the claims filed in the case; and (5) coordinating the filing of the Debtor's tax returns.

5. By this application, A&L seeks the allowance of compensation in the amount of $19,359.00 and reimbursement for expenses in the amount of $18.65 for its work on behalf of the Estate. A&L further requests payment from the Trustee of this amount.

### Itemization and Categories of Services

6. Itemized and detailed descriptions of the specific services rendered by A&L to the Debtor during the period May 23, 2013 through February 12, 2014 are reflected on the invoice attached hereto as Exhibit A. The invoice sets forth the name of each attorney or paralegal rendering a service, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

7. The time expended by each billing professional is set forth below and summarized as follows:

2

| Attorney / Professional | Specialty | Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| Barry A. Chatz (BAC) | Bankruptcy | 0.4 | $675.00 | $270.00 |
| George P. Apostolides (GPA) | Bankruptcy/Litigation | 22.0 | $475.00 | $10,450.00 |
| George P. Apostolides (GPA) | Bankruptcy/Litigation | 1.2 | $490.00 | $588.00 |
| Kevin H. Morse (KHM) | Bankruptcy | 2.2 | $315.00 | $693.00 |
| Megan P. Toth (JC) | Bankruptcy | 28.3 | $260.00 | $7,358.00 |
| | | | | |
| | TOTAL: | 54.1 | | $19,359.00 |

The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters.

8. A&L has endeavored for there to be no duplication of services by its billing professionals. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work.

9. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 7, and that time has been fairly and properly expended.

10. No agreement exists between A&L and any third party for the sharing of compensation received by A&L in this case, except as allowed by section 504 of the Bankruptcy Code and Rule 2016 of the Bankruptcy Rules with respect to sharing of compensation among members of A&L.

3

## Expenses

11. During the period May 23, 2013 through February 12, 2014, A&L incurred expenses in connection with its services, consisting of travel expenses associated with counsel's trip to the Debtor's business in Schaumburg, Illinois. A&L did not charge for photocopies and did not charge for sending and receiving faxes. A&L seeks allowance of $18.65 for reimbursement for expenses.

## Notice

12. Notice of this application has been provided to: the Debtor and its counsel, the Office of the United States Trustee, and all creditors of this Estate.

WHEREFORE, Arnstein & Lehr LLP respectfully requests that the Court enter an Order:

(A) Allowing compensation to A&L in the amount of $19,359.00 for legal services rendered to the Estate;

(B) Allowing reimbursement to A&L in the amount of $18.65 for expenses incurred; and

(C) Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,
ARNSTEIN & LEHR LLP

By: /s/ George P. Apostolides

Barry A. Chatz (# 06196639)
George P. Apostolides (# 06228768)
Kevin H. Morse (# 06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Tel: 312.876.7100
Fax: 312.876.0288

11247175.1