UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
College Textbooks, Inc. § Case No. 13-09528
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:00 a.m. on April 24, 2014 in courtroom 742 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Deborah M. Gutfeld_____
                                              Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                        §
                              §
College Textbooks, Inc.       §        Case No. 13-09528
                              §
        Debtor(s)             §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 71,770.99 |
| and approved disbursements of | $ | 5,687.19 |
| leaving a balance on hand of[1] | $ | 66,083.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 6,838.55 | $ 0.00 | $ 6,838.55 |
| Attorney for Trustee Fees: Arnstein & Lehr LLP | $ 19,377.65 | $ 0.00 | $ 19,377.65 |
| Accountant for Trustee Fees: Popower Katten Ltd. | $ 3,613.00 | $ 0.00 | $ 3,613.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 29,829.20 |
| Remaining Balance | | $ | 36,254.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,063.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 47.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Random House | $ 428.42 | $ 0.00 | $ 204.20 |
| 2 | John Wiley & Sons Inc | $ 30,279.08 | $ 0.00 | $ 14,432.17 |
| 3 | Dawnsign Press | $ 369.33 | $ 0.00 | $ 176.04 |
| 4 | Nfpa | $ 3,915.41 | $ 0.00 | $ 1,866.23 |
| 5 | Holtzbrinck Publishers Llc | $ 31,373.80 | $ 0.00 | $ 14,953.95 |
| 6 | W W Norton & Company Inc | $ 9,697.11 | $ 0.00 | $ 4,622.01 |
| | Total to be paid to timely general unsecured creditors | | $ | 36,254.60 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   Prepared By: Deborah M. Gutfeld
           Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 13-09528-CAD
College Textbooks, Inc.                                                 Chapter 7
        Debtor             CERTIFICATE OF NOTICE
District/off: 0752-1           User: ccabrales              Page 1 of 2                  Date Rcvd: Apr 01, 2014
                               Form ID: pdf006              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2014.
db           +College Textbooks, Inc.,    639 E. Algonquin Rd,    Schaumburg, IL 60173-3803
20156017     +ASPEN,    76 Ninth Avenue, 7th Floor,    New York, NY 10011-5222
20156014      Accounts Receivable Dept.,    Wolters Kluwer Law & Business,    4829 Innovation Way,
               Chicago, IL 60682-0048
20156018      Biehl & Biehl,Inc.,    PO Box 87410,    Carol Stream, IL 60188-7410
20156020      CST Co.,    CSt Bldg.,   PO Box 33127,    Louisville, KY 40232-3127
20156021      DAILY HERALD,    P.O. Box 280,    Arlington Heights, IL 60006-0280
20156022     +DAWNSIGN PRESS,    6130 NANCY RIDGE DR.,    San Diego, CA 92121-3223
20156023     +ELSEVIER,    3251 RIVERPORT LN,    Maryland Heights, MO 63043-4816
20156024     +FAIRCHILD,    1440 BROADWAY,    New York, NY 10018-2301
20156025      Greenberg Grant & Richards, Inc.,    PO Box 571811,    Houston, TX 77257-1811
20156026     +HACKETT PUBLISHING,    3333 MASSACHUSETTS AVE.,    Indianapolis, IN 46218-3754
20156027     +HAYDEN MCNEIL,    14903 PILOT DRIVE,    Plymouth, MI 48170-3674
20514522     +Holtzbrinck Publishers LLC,    16365 James Madison Highway,    Gordonsville, VA 22942-8501
20156028      House of Adjustments, Inc.,    715 Mamaroneck Ave.,    Po Box 780,    Mamaroneck, NY 10543-0780
20156029      Human Kinetics,    1607 North Market St.,    PO Box 5076,   Champaign, IL 61825-5076
20156030      JONES N BARTLETT,    P.O.BOX 417289,    Boston, MA 02241-7289
20156031     +Kendall Hunt Publishing,    4050 Westmark Dr.,    Dubuque, IA 52002-2624
20156033     +LIPPINCOTT,    PO BOX 1530,    Hagerstown, MD 21741-1530
20156034     +MBS TEXTBOOKS,    2711 W Ash St.,    Columbia, MO 65203-4613
20156036     +MCS Credit & Audit Services, Inc.,    PO Box 1130,    Mechanicsburg, PA 17055-1130
20156037      MPS,    PO BOX 930668,    Atlanta, GA 31193-0668
20156035     +McGraw-Hill Companies-Education,    148 Princeton-Highstown Rd,    Hightstown, NJ 08520-1450
20156038      NACSCORP, LLC,    DEPT CH 17790,    Palatine, IL 60055-7790
20156039     +NEBRASKA BOOK CO.,    4700 S 19th St,    Lincoln, NE 68512-1216
20156040     +NFPA,   PO BOX 9689,    Manchester, NH 03108-9689
20156041     +NFPA,   11 TRACY DR.,    Avon, MA 02322-1145
20156042      NORTON &CO.,    P.O. BOX 350,    DUNMORE, PA 18512-0350
20156043     +OXFORD PRESS,    2001 EVANS ROAD,    Cary, NC 27513-2010
20156046     +PERSEUS DIST. INC.,    210 AMERICAN DR.,    Jackson, TN 38301-5037
20156047     +Public Storage,    2400 Palmer Dr.,    Schaumburg, IL 60173-3818
20878657     +Public Storage,    701 Western Avenue,    Glendale CA 91201-2349
20156048     +RANDOM HOUSE,    400 Hahn Road,    Westminster, MD 21157-4663
20156049     +SIMON & SHUSTER,    100 FRONT STREET,    Riverside, NJ 08075-1181
20156050     +TAYLOR,FRANCIS, ROUTLEDGE,    PO BOX 409267,    Atlanta, GA 30384-9267
20156052     +UNIV. CHICAGO PRESS,    11030 S. LANGLEY AV.,    Chicago, IL 60628-3892
20156053     +VISTA HIGHER LEARNING,    500 BOYLSTON ST. SUITE 620,    Boston, MA 02116-3791
20832967      W W Norton & Company Inc,    W W Norton Industrial Park,    Scranton PA 18512-4601
20156054     +WESTLAW,    620 Opperman Drive,    P.O. Box 64833,   Saint Paul, MN 55164-1801
20156055     +WILEY,    ONE WILEY DR,    Somerset, NJ 08873-1222
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20156016     +E-mail/Text: creditbankruptcy@ama-assn.org Apr 02 2014 02:15:00      AMA,    PO BOX 930884,
               Atlanta, GA 31193-0884
20156015     +E-mail/Text: support@amscollections.com Apr 02 2014 02:13:50      Allen Maxwell & Silver,
               190 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2533
20156019     +E-mail/Text: melissa.north@cengage.com Apr 02 2014 02:13:39      CENGAGE LEARNING,
               10650 TOEBBEN DR,    Independence, KY 41051-5100
20471696     +E-mail/Text: creditriskdept@wiley.com Apr 02 2014 02:13:50      John Wiley & Sons Inc,
               1 Wiley Drive,    Somerset, NJ 08873-1272
20156032     +E-mail/Text: accounting@medimedia.com Apr 02 2014 02:13:54      KRAMES/STAYWELL,
               780 TOWNSHIP LINE RD.,    Morrisville, PA 19067-4200
20156044     +E-mail/Text: bankruptcy@pearson.com Apr 02 2014 02:16:03      PEARSON ED.,    200 OLD TAPPAN DR,
               Old Tappan, NJ 07675-7033
20156045     +E-mail/Text: bankrutpcy@pearson.com Apr 02 2014 02:16:03      PENGUIN GROUP,    200 OLD TAPPAN RD,
               OLD TAPPAN, NJ 07675-7033
20156051      E-mail/Text: bankruptcydepartment@ncogroup.com Apr 02 2014 02:15:28      Transworld Systems Inc.,
               PO Box 17201,    Wilmington, DE 19850-7201
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          A & L
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 2              Date Rcvd: Apr 01, 2014
                              Form ID: pdf006            Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2014 at the address(es) listed below:
              Deborah Michelle Gutfeld     gutfeldch7@perkinscoie.com,
               dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
              George P Apostolides    on behalf of Trustee Deborah Michelle Gutfeld gpapostolides@arnstein.com,
               jbmedziak@arnstein.com
              John F Hiltz    on behalf of Debtor   College Textbooks, Inc. jhiltz@hwzlaw.com,
               kwantuch@hwzlaw.com,bzanzig@hwzlaw.com
              Kevin H Morse    on behalf of Trustee Deborah Michelle Gutfeld khmorse@arnstein.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```