UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| College Textbooks, Inc. | § § | Case No. 13-09528 |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

　　　3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/DEBORAH M. GUTFELD_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Public Storage | | | | | |
| Associated Bank | | | | | |
| Arnstein & Lehr LLP | | | | | |
| Popower Katten Ltd. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Public Storage | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allen Maxwell & Silver 190 Sylvan Avenue Englewood Cliffs, NJ 07632 | | | | | |
| | AMA PO BOX 930884 Atlanta, GA 31193 | | | | | |
| | ASPEN 76 Ninth Avenue, 7th Floor New York, NY 10011 | | | | | |
| | Biehl & Biehl,Inc. PO Box 87410 Carol Stream, IL 60188-7410 | | | | | |
| | CST Co. CSt Bldg. PO Box 33127 Louisville, KY 40232-3127 | | | | | |
| | DAILY HERALD?? P.O. Box 280 Arlington Heights, IL 60006-0280 | | | | | |
| | DAWNSIGN PRESS 6130 NANCY RIDGE DR. San Diego, CA 92121 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ELSEVIER?? 3251 RIVERPORT LN Maryland Heights, MO 63043 | | | | | |
| | FAIRCHILD 1440 BROADWAY New York, NY 10010 | | | | | |
| | Greenberg Grant & Richards, Inc. PO Box 571811 Houston, TX 77257-1811 | | | | | |
| | HACKETT PUBLISHING 3333 MASSACHUSETTS AVE. Indianapolis, IN 46218 | | | | | |
| | HAYDEN MCNEIL 14903 PILOT DRIVE Plymouth, MI 48170 | | | | | |
| | House of Adjustments, Inc. 715 Mamaroneck Ave. Po Box 780 Mamaroneck, NY 10543-0780 | | | | | |
| | Human Kinetics 1607 North Market St. PO Box 5076 Champaign, IL 61825-5076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JONES N BARTLETT P.O.BOX 417289 Boston, MA 02241-7289 | | | | | |
| | KRAMES/STAYWELL 780 TOWNSHIP LINE RD. Morrisville, PA 19067 | | | | | |
| | LIPPINCOTT PO BOX 1530 Hagerstown, MD 21741 | | | | | |
| | MBS TEXTBOOKS?? 2711 W Ash St. Columbia, MO 65203 | | | | | |
| | MCS Credit & Audit Services, Inc. PO Box 1130 Mechanicsburg, PA 17055 | | | | | |
| | MPS?? PO BOX 930668 Atlanta, GA 31193-0668 | | | | | |
| | NACSCORP, LLC DEPT CH 17790 Palatine, IL 60055-7790 | | | | | |
| | NEBRASKA BOOK CO. 4700 S 19th St Lincoln, NE 68512 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NFPA PO BOX 9689 Manchester, NH 03108 | | | | | |
| | NORTON &CO.?? P.O. BOX 350 DUNMORE, PA 18512-0350 | | | | | |
| | PEARSON ED.?? 200 OLD TAPPAN DR? Old Tappan, NJ 07675 | | | | | |
| | PENGUIN GROUP 200 OLD TAPPAN RD OLD TAPPAN, NJ 07675 | | | | | |
| | PERSEUS DIST. INC. 210 AMERICAN DR. Jackson, TN 38301 | | | | | |
| | RANDOM HOUSE 400 Hahn Road Westminster, MD 21157 | | | | | |
| | SIMON & SHUSTER 100 FRONT STREET Riverside, NJ 08075 | | | | | |
| | TAYLOR,FRANCIS, ROUTLEDGE PO BOX 409267 Atlanta, GA 30384 | | | | | |

Case 13-09528    Doc 32    Filed 08/14/14    Entered 08/14/14 13:33:39    Desc Main
Document      Page 9 of 13

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Transworld Systems Inc. PO Box 17201 Wilmington, DE 19850-7201 |  |  |  |  |  |
|  | UNIV. CHICAGO PRESS 11030 S. LANGLEY AV. Chicago, IL 60628 |  |  |  |  |  |
|  | VISTA HIGHER LEARNING 500 BOYLSTON ST. SUITE 620 Boston, MA 02116 |  |  |  |  |  |
|  | WESTLAW 620 Opperman Drive P.O. Box 64833 Saint Paul, MN 55104 |  |  |  |  |  |
|  | WILEY ONE WILEY DR Somerset, NJ 08875 |  |  |  |  |  |
| 3 | Dawnsign Press |  |  |  |  |  |
| 5 | Holtzbrinck Publishers Llc |  |  |  |  |  |
| 2 | John Wiley & Sons Inc |  |  |  |  |  |
| 4 | Nfpa |  |  |  |  |  |
| 1 | Random House |  |  |  |  |  |
| 6 | W W Norton & Company Inc |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

Page: 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 13-09528 | CAD | Judge: | Carol A. Doyle | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | College Textbooks, Inc. | | | | Date Filed (f) or Converted (c): | 03/11/2013 (f) |
| | | | | | 341(a) Meeting Date: | 04/30/2013 |
| For Period Ending: | 08/14/2014 | | | | Claims Bar Date: | 08/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Schaumburg Bank And Trust Checking | 60,000.00 | 60,000.00 | | 60,270.99 | FA |
| 2. Textbooks | 240,000.00 | 240,000.00 | | 11,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $300,000.00    $300,000.00        $71,770.99    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR submitted to the Office of the U.S. Trustee for review and approval on July 17, 2014.

Initial Projected Date of Final Report (TFR): 12/31/2014        Current Projected Date of Final Report (TFR): 12/31/2014

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-09528 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: College Textbooks, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6342 |
| | Checking |
| Taxpayer ID No: XX-XXX7727 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/14/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/13 | 1 | College Textbooks Inc<br>639 E Algonquin Rd<br>Schaumburg, IL 60173 | | 1129-000 | $60,270.99 | | $60,270.99 |
| 06/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.12 | $60,247.87 |
| 07/08/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.66 | $60,161.21 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.45 | $60,071.76 |
| 08/14/13 | 2 | US Bank<br>Remitter: Nebraska Book Company | | 1129-000 | $11,500.00 | | $71,571.76 |
| 08/20/13 | 101 | Public Storage<br>701 Western Avenue<br>Glendale, CA 91201 | Payment per court order | 2410-000 | | $5,000.00 | $66,571.76 |
| 09/09/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.68 | $66,473.08 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.85 | $66,376.23 |
| 11/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.68 | $66,277.55 |
| 12/06/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.36 | $66,182.19 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.39 | $66,083.80 |
| 04/24/14 | 102 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,838.55 | $59,245.25 |
| | | | Page Subtotals: | | $71,770.99 | $12,525.74 | |

UST Form 101-7-TDR (5/1/2011) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-09528 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: College Textbooks, Inc. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6342 |
| | Checking |
| Taxpayer ID No: XX-XXX7727 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/14/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/24/14 | 103 | Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606-3910 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $19,377.65 | $39,867.60 |
| 04/24/14 | 104 | Popower Katten Ltd.<br>35 E. Wacker Dr., Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $3,613.00 | $36,254.60 |
| 04/24/14 | 105 | Random House<br>400 Hahn Road<br>Westminster, Md 21157 | Final distribution to claim 1 representing a payment of 47.66 % per court order. | 7100-000 | | $204.20 | $36,050.40 |
| 04/24/14 | 106 | John Wiley & Sons Inc<br>1 Wiley Drive<br>Somerset, Nj 08873 | Final distribution to claim 2 representing a payment of 47.66 % per court order. | 7100-000 | | $14,432.17 | $21,618.23 |
| 04/24/14 | 107 | Dawnsign Press<br>6130 Nancy Ridge Dr.<br>San Diego, Ca 92121 | Final distribution to claim 3 representing a payment of 47.66 % per court order. | 7100-000 | | $176.04 | $21,442.19 |
| 04/24/14 | 108 | Nfpa<br>11 Tracy Dr.<br>Avon, Ma 02322 | Final distribution to claim 4 representing a payment of 47.66 % per court order. | 7100-000 | | $1,866.23 | $19,575.96 |
| 04/24/14 | 109 | Holtzbrinck Publishers Llc<br>16365 James Madison Highway<br>Gordonsville, Va 22942 | Final distribution to claim 5 representing a payment of 47.66 % per court order. | 7100-000 | | $14,953.95 | $4,622.01 |
| 04/24/14 | 110 | W W Norton & Company Inc<br>W W Norton Industrial Park<br>Scranton Pa 18512-4601 | Final distribution to claim 6 representing a payment of 47.66 % per court order. | 7100-000 | | $4,622.01 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $71,770.99 | $71,770.99 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $71,770.99 | $71,770.99 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $71,770.99 | $71,770.99 |

Page Subtotals: $0.00   $59,245.25

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6342 - Checking | $71,770.99 | $71,770.99 | $0.00 |
| | $71,770.99 | $71,770.99 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $71,770.99 |
| Total Gross Receipts: | $71,770.99 |

Page Subtotals:    $0.00    $0.00